IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

JOSEPH WASHAWITZ,

   Appellant,

v.

STATE OF FLORIDA,

   Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D17-3108

Opinion filed October 6, 2017.

An appeal from the Circuit Court for Okaloosa County.
John T. Brown, Judge.

Joseph Washawitz, pro se, Appellant.

Pamela Jo Bondi, Attorney General, and Julian E. Markham, Assistant Attorney General, Tallahassee, for Appellee.

PER CURIAM.

  AFFIRMED.

ROWE, MAKAR, and BILBREY, JJ., CONCUR.